UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-cr-403-MOC

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| IVAN JARDON TRUJILLO, SR., | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's Motion for a Sentence Reduction under USSC Amendment 821. (Doc. No. 251).

**ORDER**

**IT IS, THEREFORE, ORDERED** that within 20 days the Government shall file a response to Defendant's Motion for a Sentence Reduction under USSC Amendment 821.

Signed: August 26, 2024

Max O. Cogburn Jr
United States District Judge

1